## PETER DIPIETRO *v.* ZONING BOARD OF APPEALS OF THE CITY OF MILFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 93 Conn. App. 314 (AC 26166), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Brian A. Lema,* in support of the petition.

Decided March 14, 2006

## NATIONAL CITY MORTGAGE COMPANY *v.* MARYANNE STOECKER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 787 (AC 25963), is denied.

*Patrick Crook,* in support of the petition.

Decided March 23, 2006

## STATE OF CONNECTICUT *v.* SCOTT A. CRAWLEY

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 548 (AC 25241), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alice Osedach,* assistant public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided March 23, 2006